IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Phillip Morris, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Southern Concrete and Construction, Inc., and Kelly Boulware,<br><br>    Defendants. | CONSENT MOTION TO CONSOLIDATE/ PERMISSIVE JOINDER OF A PARTY PLAINTIFF<br><br>Case Number: 8:16-cv-01440-DCC |

This matter is before the Court on Plaintiff's consent motion to consolidate with the case *Joshua Ferguson v. Southern Concrete and Construction, Inc., and Kelly Boulware*; C.A. No. 8:18-cv-00942-DCC, to add Joshua Ferguson as a party plaintiff with consent of the Defendants. For good cause shown, Plaintiff's motion is GRANTED, and it is hereby ORDERED that Mr. Joshua Ferguson, by consent of the parties, is joined as a party plaintiff and the above referenced cases are consolidated.

                s/Donald C. Coggins, Jr.
                The Honorable Donald C. Coggins, Jr.
                United States District Judge

April 17, 2019
Spartanburg, South Carolina